

NUMBER 13-14-00356-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                              Appellant,

v.

LEE FRANCIS,                                                     Appellee.

## On appeal from the County Court at Law No. 4
## of Nueces County, Texas

# ORDER OF ABATEMENT

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

Appellee's counsel, Simon B. Purnell, has filed a motion requesting to withdraw as counsel and a motion for extension of time to file the brief. According to his motion to withdraw, good cause exists for him to withdraw because he has moved from Nueces County, Texas to Cook County, Illinois and is currently practicing at a civil defense law

firm.

Adequate reason for the discharge of counsel and appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.— Houston [1st Dist.] 2004, pet. ref'd). In those circumstances where the appointment of substitute counsel may be necessary, an appellate court, when faced with a motion to withdraw, should abate the proceeding to the trial court for determination of this issue. Accordingly, we ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order. Appellee's motion for extension of time to file the brief is GRANTED.

Upon remand, the trial court shall determine whether appellee's court-appointed attorney should remain as appellee's counsel; and, if not, whether appellee is entitled to new appointed counsel. If the trial court determines that there is no reason to discharge appellee's current appointed attorney and appoint substitute counsel, the court shall enter an order to that effect. If the trial court determines that new counsel should be appointed, the name, address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. The trial court shall further cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ordered.

PER CURIAM

Do Not Publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
14th day of November, 2014.